## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

NORMA VAZQUEZ, individually and
on behalf of all others similarly
situated,

        Plaintiff,

    v.

BRAND VENTURES, INC.,
a California corporation,

        Defendant.

Case No. 16-cv-0020-WCO

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Norma Vazquez and Defendant Brand Ventures, Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice. Each party shall bear its own attorneys' fees and costs incurred in this action.

Respectfully submitted this 18th day of March, 2016.

[signatures on the following page]

/s/ Paul F. Wellborn, III
Paul F. Wellborn, III
(Ga. Bar No. 746720)
*pete@wellbornlaw.com*
Kelly O. Wallace
(Ga. Bar No. 734166)
*kelly@wellbornlaw.com*
Jamie P. Woodard
(Ga. Bar No. 775792)
*jamie@wellbornlaw.com*
**Wellborn, Wallace & Woodard, LLC**
1175 Peachtree Street, NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361
Tel: 404-815-9595
Fax: 404-815-9957

*Counsel for Defendant*

/s/ Michael A. Caplan
Michael A. Caplan
(Ga. Bar No. 601039)
*mcaplan@caplancobb.com*
T. Brandon Waddell
(Ga. Bar No. 252639)
*bwaddell@caplancobb.com*
**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Tel: (404) 596-5610
Fax: (404) 596-5604

Joseph J. Siprut (pro hac pending)
*jsiprut@siprut.com*
Ismael T. Salam (pro hac pending)
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street, Suite 1600
Chicago, Illinois 60602
Tel: (312) 236-0000
Fax: (312) 241-1260

Peter Bricks
(Ga. Bar No. 139706)
*peter@brickslaw.com*
**PETER BRICKS, P.C.**
1200 Ashwood Parkway, Suite 502
Atlanta, Georgia 30338
Tel: (770) 696-4577
Fax: (678) 791-4788

*Counsel for Plaintiff
and the Proposed Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2016, I electronically filed a copy of the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

This 18th day of March, 2016.

<div style="margin-left:50%">

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039

*Counsel for Plaintiff*
*and the Proposed Putative Class*

</div>